UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| | ) | Cr. No. 4:10-195 |
| vs. | ) | |
| | ) | ORDER |
| Edward Alcazar, | ) | |
| | ) | |

Defendant came before this Court for sentencing on December 14, 2010 and was sentenced to 100 days imprisonment.

Rule 35 of the Federal Rules of Criminal Procedure reads in relevant part as follows:

**Rule 35. Correcting or Reducing a Sentence**

**(a) Correcting Clear Error.** Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error.

After careful review, the Court finds it necessary to correct this sentence pursuant to Rule 35(a) based upon mathematical error. The sentence the Court intended to impose in this case is sixty (60) days. The Clerk is requested to prepare the Judgment in this case to reflect this ruling by the Court. Additionally, Defendant shall report on Monday, January 3, 2011 to the United States Marshal for this district at the McMillan Federal Courthouse by no later than 10:00 a.m. to serve his sentence.

IT IS SO ORDERED.

                                        s/ Terry L. Wooten
                                            Terry L. Wooten
                                    United States District Judge

December 22, 2010
Florence, South Carolina